# UNITED STATES DISTRICT COURT

for the

_____ District of _____

FILED

**Nov 12, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America                )
           v.                                   )
                                      )    Case No. 1:25-mj-00133-SKO
                                       )
                                       )
                                       )
                                       )

*Defendant(s)*

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC OR TELEPHONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

This criminal complaint is based on these facts:

❏ Continued on the attached sheet.

*Charles Cooney*

*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P.
4.1 by telephone

Date:  11/11/2025

*Sheila K. Oberto*

*Judge's signature*

City and state: _____

_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## BACKGROUND OF AFFIANT

1.     I, Charles Cooney, am a Law Enforcement Officer employed by the US Department of Veterans Affairs' Police Services. I have been a Veteran Affairs Police since May 2022. Previously, I served as a sworn Deputy Sheriff in Tennessee from 2014 to 2021.  I have investigated multiple assault cases during my tenure as a law enforcement officer.

2.     The facts of this criminal complaint are based on my observations, my training and experience, as well as my consultation with other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and does not set forth all my knowledge about this matter.

## JURISDICTION

3.     The facts set forth in this criminal complaint occurred on November 11th, 2025, within the geographic boundaries of the US Department of Veteran Affairs' Hospital, California, located at 2615 E. Clinton Ave, Fresno, California. 2615 E. Clinton Ave, Fresno, CA. The US Department of Veterans Affairs' Hospital is an area of federally owned public land administered by the US Department of Veterans Affairs. 2615 E. Clinton Ave, Fresno California.  The US Department of Veteran Affair's Hospital is an area of the special maritime and territorial jurisdiction of the United States as defined by Title 18 U.S.C. § 7 (3): "Special maritime and territorial jurisdiction of the United States defined" and by Title 16 U.S.C. § 57: Fresno US Department of Veteran's Hospital; concurrent jurisdiction of United States."

4.     The US Department of Veterans Affairs Hospital in Fresno is located within Fresno City, Fresno County, in the Eastern District of California.

## CHARGES

5.     Based upon the facts set forth in this criminal complaint, I believe probable cause existed to believe that Joseph Luis Alamo violated the following laws of the United States on November 10th, 2025, within the Fresno US Department of Veterans Affairs' Hospital.

*A. 18 USC 113 (A)(3) Assault with a Dangerous Weapon*

*Assault with a dangerous weapon, with intent to do bodily harm, by a fine under this title or imprisonment for not more than ten years, or both.*

## SUMMARY OF PROBABLE CAUSE

6.     On November 10th, 2025, Joseph Luis ALAMO assaulted C.F. by punching him in the face and then trying to strike C.F. with a black folding knife. A knife matching C.F.'s description was recovered from ALAMO's vehicle.

## PROBABLE CAUSE

7.     On November 10th, 2025, at approximately 2:44 P.M., VA police officers were dispatched to a physical altercation involving two males. The individuals involved were later identified as Joseph Luis ALAMO and C.F. I and several other VA police officers responded to the scene.

8.     I spoke with C.F., who recounted that Joseph Luis ALAMO pulled up to the curb in his pickup truck and began a verbal altercation with him. C.F. claimed that ALAMO exited his vehicle while brandishing a pocketknife. According to C.F., ALAMO then approached him and punched him in the face. Afterward, ALAMO swung the knife at C.F. but missed. Following this, C.F. stated that ALAMO returned to his vehicle to put away the knife. ALAMO then left the area.

9.     I observed a hint of redness surrounding C.F.'s eye, indicating a possible injury.

10.    C.F. indicated that he had previously had personal issues with ALAMO when they had been students together, and that ALAMO had been dismissed from the school they attended after C.F. complained.

11.     Several eyewitnesses observed ALAMO strike C.F., but were too far away to see whether or not a knife was used.

12.     At approximately 3:30 PM, VA officers contacted ALAMO at his vehicle.

13.     I interviewed ALAMO, who stated that C.F. had initiated a verbal altercation while ALAMO was sitting in his pickup truck. ALAMO said he got out of his truck to talk to C.F. He alleged that C.F. spat in his direction and mentioned that C.F. took a fighting stance. However, C.F. expressed a desire to avoid any confrontation at his workplace. After the exchange, ALAMO said he returned to his truck to put away some money before heading to his VA medical appointment.

14.     I asked ALAMO whether he had used a knife or punched C.F. He denied using a knife and said that he attempted to punch C.F. but missed.

15.     I conducted a search of ALAMO's vehicle. While searching in the vehicle's center console, I found a pocketknife. The pocketknife was a folding knife with a black blade approximately three inches long, featuring six holes near the top of the blade.

16.     I returned to C.F. and asked C.F. to describe the knife. C.F. said the knife was around three inches long with a black blade. I then presented the pocketknife I recovered from ALAMO's vehicle to him, and C.F. identified it as the knife used in the altercation.

17.     ALAMO was arrested and transported to the Fresno County Jail.

## CONCLUSION

18.     Based on the facts of this affidavit, I believe probable cause existed for the arrest of Joseph Luis ALAMO for assaulting C.F.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct to the best of my knowledge.

Respectfully submitted,

*Charles Cooney*

Officer Charles Cooney
US Department of Veterans Affairs Police Service

Sworn to me in accordance with Fed.R.Crim.P. 4.1 on ____11/11/2025_____:

*Sheila K. Oberto*

The Honorable Sheila K. Oberto
United States Magistrate Judge

Approved as to form by:

/s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

PAGE **4** OF 4