ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH LUIS ALAMO,<br><br>Defendant. | CASE NO. 1:25-MJ-00133-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 4, 2025<br>TIME: 2:00 p.m. |

This case is set for a preliminary hearing on December 4, 2025. The parties agree and stipulate to continue the preliminary hearing until January 15, 2026. Defense counsel is requesting pre-indictment resolution as well as time to review discovery in this matter.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on December 4, 2025.

2. By this stipulation, defendant now moves to continue the preliminary hearing until **January 15, 2026, at 2:00 p.m.** and to exclude time between December 4, 2025, and January 15, 2026.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties are discussing and conducting further investigation into pre-indictment matters, including consideration of pre-indictment resolution, and need additional

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  time to conclude that process.

2        b)      The government represents that discovery consists of reports, and that the
3  government has not yet provided these reports to defense counsel prior to indictment, consisting
4  of crime reports and the defendant's criminal history, but will provide these reports to defense
5  counsel in order to effectuate negotiations.

6        c)      Counsel for defendant desires additional time to consult with their client, conduct
7  further investigation, and discuss charges with the government.  Counsel for defendant has
8  requested the government to consider pre-indictment resolution. The government is gathering
9  information necessary to evaluate this request.

10        d)      Counsel for defendant believes that failure to grant the above-requested
11  continuance would deny him the reasonable time necessary for effective preparation, taking into
12  account the exercise of due diligence.

13        e)      The government does not object to the continuance.

14        f)      Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later
15  than 14 days after initial appearance if the defendant is in custody," unless the defendant
16  consents and there is a "showing of good cause".  Here, the defendant consents and there is good
17  cause as set forth herein.

18        g)      Based on the above-stated findings, the ends of justice served by continuing the
19  case as requested outweigh the interest of the public and the defendant in an indictment or trial
20  within the original dates prescribed by the Speedy Trial Act.

21        h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
22  et seq., within which an indictment must be filed and within which a trial must commence, the
23  time period of December 4, 2025 to January 15, 2026, inclusive, is deemed excludable pursuant
24  to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at
25  defendant's request on the basis of the Court's finding that the ends of justice served by taking
26  such action outweigh the best interest of the public and the defendant in a speedy
27  indictment/trial.

28  4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

Dated: November 13, 2025

ERIC GRANT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: November 13, 2025

/s/ RICHARD BESHWATE
RICHARD BESHWATE
Counsel for Defendant
JOSEPH ALAMO

**FINDINGS AND ORDER**

Having reviewed the parties' stipulation, the Court finds the following:

a) The defendant consents to continuance of the preliminary hearing.

b) Good cause exists to continue the preliminary hearing in order to give counsel time to review discovery, effectively prepare for preliminary hearing, and discuss a pre-indictment resolution with the government.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of December 4, 2025 to January 15, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

IT IS HEREBY ORDERED that the preliminary hearing scheduled for December 4, 2025 at 2:00 p.m. is continued to January 15, 2026 at 2:00 p.m. and Defendant is ordered to appear.

IT IS FURTHER ORDERED that the time between December 4, 2025 and January 15, 2026 is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge